**Appeal Dismissed and Memorandum Opinion filed November 29, 2018.**



In The

# Fourteenth Court of Appeals

## NO. 14-18-00845-CR

**BRANDON JAY FAUNCE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 232nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1501146**

## M E M O R A N D U M     O P I N I O N

Pursuant to a plea bargain agreement with the State, appellant pleaded guilty to sexual assault and was sentenced to eight years' imprisonment. He filed a notice of appeal from his conviction, and we dismissed the appeal for lack of jurisdiction. *Faunce v. State*, No. 14-18-00093-CR, 2018 WL 2139199 (Tex. App.—Houston [14th Dist.] May 10, 2018, no pet.) (mem. op.) (per curiam) (not designated for publication).

In June 2018, appellant filed a document in the trial court called, "Motion for

Judgment on the Pleadings." The trial court denied the motion on August 16, 2018. Appellant filed a notice of appeal from that denial.

Generally, appeals in criminal cases may only be taken from final judgments of convictions. *Workman v. State*, 343 S.W.2d 446, 447 (Tex. Crim. App. 1961); *McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.). We know of no exception to the general rule that allows an appeal from an order denying a post-conviction "motion for judgment on the pleadings."

Accordingly, the appeal is dismissed.

PER CURIAM

Panel consists of Justices Busby, Brown, and Wise.
Do Not Publish — Tex. R. App. P. 47.2(b).